AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ballou, Robert S. | United States District Court, Western District of Virginia | 05/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

210 Franklin Road, S.W.
Suite 344
Roanoke, Virginia 24011

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia CLE | January 9 - 12, 2017 | Charlottesville, VA | Teach and judge mock trials at trial advocacy course | Food and lodging for three nights. The third night included food and lodging for my spouse as well. |
| 2. | Virginia State Bar | June 15-16, 2017 | Virginia Beach, Virginia | Presenter at Virgina State Bar Annual Meeting - Litigation Section | One night lodging only |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  USAA Bank | A | Interest | J | T | | | | | |
| 2.  First Citizens Bank | A | Interest | J | T | | | | | |
| 3.  Wachovia/Wells Fargo Bank | | None | J | T | | | | | |
| 4.  Equitable Variable Life Insurance | | None | K | T | | | | | |
| 5.  USAA Brokerage Account (assets listed below) (H) | | | | | | | | | |
| 6.  -CSX Corp. | A | Dividend | K | T | Sold (part) | 03/22/17 | J | D | |
| 7.  -Exxon Mobil Corp. | A | Dividend | | | Sold | 03/22/17 | J | C | |
| 8.  -IBM | A | Dividend | | | Sold | 03/22/17 | K | D | |
| 9.  -Norfolk Southern Corp. | A | Dividend | K | T | Sold (part) | 03/22/17 | J | D | |
| 10.  -Stanley Black & Decker | A | Dividend | K | T | | | | | |
| 11.  -Verizon Communications, Inc. | B | Dividend | K | T | | | | | |
| 12.  -Tweedy Browne Value Fund | A | Dividend | J | T | | | | | |
| 13.  USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 14.  UTMA Account # 1 (holdings listed below) (H) | | | | | | | | | |
| 15.  -Marsico Growth Fund | A | Dividend | J | T | | | | | |
| 16.  -USAA Growth & Income Fund | A | Dividend | J | T | | | | | |
| 17.  -USAA Money Market Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UTMA Account # 2 (holdings listed below) (H) | | | | | | | | | |
| 19. -Marsico Growth Fund | A | Dividend | J | T | | | | | |
| 20. -USAA Growth & Income Fund | A | Dividend | J | T | | | | | |
| 21. -USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 22. UTMA Account #3 (holdings listed below) (H) | | | | | | | | | |
| 23. -USAA Growth & Income Fund | A | Dividend | J | T | | | | | |
| 24. -USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 25. 403(b) Retirement Account (holdings listed below)(H) | | | | | | | | | |
| 26. -Goldman Sachs MidCap Value-Inst ((Formerly A Class shares) | | | | | Closed | 02/06/17 | K | | |
| 27. - JP Morgan Mid-Cap Value Fund | A | Dividend | K | T | Open | 02/06/17 | K | | |
| 28. -Munder Mid Cap Core Growth-Y (formerly A class shares) | B | Dividend | K | T | | | | | |
| 29. -American Funds EuroPac. Growth (R6) (Formerly R4 share class | A | Dividend | K | T | | | | | |
| 30. Metropolitan West Total Return Bond Plan | A | Dividend | J | T | | | | | |
| 31. -Vanguard Institutional Index 500 | A | Dividend | K | T | | | | | |
| 32. | | | | | | | | | |
| 33. Vanguard Retirement Account (holdings below)(H) | | | | | | | | | |
| 34. -Vanguard Health Care Fund Investor Shares | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. T.Rowe Price Retirement Account (holdings below)(H) | | | | | | | | | |
| 37. -T.Rowe Price Mid-Cap Growth Fund | C | Dividend | L | T | | | | | |
| 38. -T. Rowe Price Science & Technology Fund | B | Dividend | J | T | | | | | |
| 39. -T. Rowe Price Small-Cap Stock Fund | C | Dividend | K | T | | | | | |
| 40. -T. Rowe Price Spectrum Growth Fund | A | Dividend | J | T | | | | | |
| 41. | | | | | | | | | |
| 42. Virginia 529 College Savings Plan # 1 (holdings below)(H) | | | | | | | | | |
| 43. -Va. 529 2021 Portfolio (Previously Chesapeake Fund) | | None | K | T | | | | | |
| 44. Va 529 Stock Index Fund | | None | K | T | | | | | |
| 45. -Va. 529 Aggressive Growth Fund | | None | K | T | | | | | |
| 46. | | | | | | | | | |
| 47. Virginia 529 College Savings Plan # 2 (holdings below)(H) | | | | | | | | | |
| 48. -Va. 529 2021 Portfolio (Previously Chesapeake Fund) | | None | K | T | | | | | |
| 49. Va 529 Stock Index Fund | | None | K | T | | | | | |
| 50. -Va. 529 Aggressive Growth Fund | | None | K | T | | | | | |
| 51. Virginia 529 College Savings Plan # 3 (holdings below)(H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Va. 529 2021 Portfolio (Previously Chesapeake Fund) | | None | K | T | | | | | |
| 53. Va 529 Stock Index Fund | | None | K | T | | | | | |
| 54. -Va. 529 Aggressive Growth Fund | | None | K | T | | | | | |
| 55. | | | | | | | | | |
| 56. USAA SEP Acct. - formerly Morgan Stanley SEP (holdings below)(H) | | | | | | | | | |
| 57. -USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 58. -AQR Managed Futures Strategy | A | Dividend | J | T | | | | | |
| 59. -Blackrock Low Dur. BD Inv. (Institutional Shs.) | A | Dividend | K | T | | | | | |
| 60. -Causeway Int'l Value | B | Dividend | L | T | | | | | |
| 61. -Center Coast MLP | A | Dividend | J | T | | | | | |
| 62. -Deleware Investment Small Cap Value | A | Dividend | K | T | | | | | |
| 63. -EV Income Fund of Boston | A | Dividend | J | T | | | | | |
| 64. -Voya Global Real Estate- Formerly ING Global Real Estate Fund | A | Dividend | J | T | | | | | |
| 65. -Ivy Mid Cap Growth | A | Dividend | J | T | | | | | |
| 66. -John Hancock Displicined Value (Inst. Shs.) | A | Dividend | L | T | | | | | |
| 67. -John Hancock Seaport CL I | A | Dividend | K | T | | | | | |
| 68. -JP Morgan Dynamic Small Cap Growth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Mainstay Large Cap Growth | B | Dividend | K | T | | | | | |
| 70. -AMG Systematic - Formerly Managers AMG System Mid-Cap Value | A | Dividend | J | T | | | | | |
| 71. -Metropolitan West Total Return | A | Dividend | K | T | | | | | |
| 72. -Pimco Foreign Bond Fund | A | Dividend | J | T | | | | | |
| 73. -Pimco Short Term Foreign Bond Fund | A | Dividend | J | T | | | | | |
| 74. -Riverpartk/Wedgewood Instl. | A | Dividend | K | T | | | | | |
| 75. Virtus Insight Emerging Markets | A | Dividend | K | T | | | | | |
| 76. | | | | | | | | | |
| 77. USAA Roth IRA - formerly - Morgan Stanley Roth IRA (holdings below)(H) | | | | | | | | | |
| 78. -USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 79. -AQR Managed Futures Strategy | A | Dividend | J | T | | | | | |
| 80. -Blackrock Low Duration Bnd. Fund | A | Dividend | J | T | | | | | |
| 81. -Causeway Int'l Value Fund | A | Dividend | J | T | | | | | |
| 82. -Center Coast MLP | A | Dividend | J | T | | | | | |
| 83. -Deleware Inv. Sm. Cap. Value | A | Dividend | J | T | | | | | |
| 84. -EV Income Fund of Boston | A | Dividend | J | T | | | | | |
| 85. -Voya Global Real Estate formerly ING Global Real Estate Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Ivy Mid-Cap Growth | A | Dividend | J | T | | | | | |
| 87. -John Hancock Disciplined Value Fund | A | Dividend | J | T | | | | | |
| 88. -JP Morgan Dynamic Small Cap Growth | A | Dividend | J | T | | | | | |
| 89. -Legg Mason WA Emerginng Markets | A | Dividend | J | T | | | | | |
| 90. -Mainstay Large Cap Growth | A | Dividend | J | T | | | | | |
| 91. -AMG Systematic Mid Cap formerly Managers Systematic Mid-Cap.- | A | Dividend | J | T | | | | | |
| 92. -Metropolitan West Total Return | A | Dividend | J | T | | | | | |
| 93. Pimco Foreign Bond Fund | A | Dividend | J | T | | | | | |
| 94. -Virtus Insight Emerging Markets | A | Dividend | J | T | | | | | |
| 95. | | | | | | | | | |
| 96. USAA Trad. IRA former Morg. Stan. Trad. IRA No. 2 (holdings below)(H) | | | | | | | | | |
| 97. -Pfizer, Inc. | A | Dividend | K | T | | | | | |
| 98. -USAA Money Market | A | Dividend | J | T | | | | | |
| 99. | | | | | | | | | |
| 100. Payflex HSA | A | Interest | K | T | | | | | |
| 101. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 26 and 27 reflect the transfer by the Retirement Account Manager for the 403(b) Retirement Account from the Goldman Sachs MidCap Value Fund to the JP Morgan MidCap Value Fund. The retirement account does not report the basis for any particular mutual fund. Likewise, this transfer was the result of the account manager no longer investing in the Goldman Sachs fund and moving all the mid-cap funds for Goldman Sachs to the JP Morgan Fund. Thus, I have not tried to determine any particular gain or basis for this transaction bacause there was no gain as it was a straight transfer from one account to another.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert S. Ballou**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544